COPPER CANYON LAW
*43 E. 1st Avenue*
*Mesa, Arizona 85210*
*Office: (480) 833-3838*
www.coppercanyonlaw.com
Timothy F. Coons (031208)
Timothy@coppercanyonlaw.com
Thomas L. Brown (031017)
Thomas@coppercanyonlaw.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carrie Tavares, an individual, | Case No. |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| ASARCO LLC, an Arizona limited liability company; and Grupo Mexico S.A. DE C.V., a México Corporation. | |
| Defendants. | |

Plaintiff, Carrie Tavares, by and through undersigned counsel, hereby alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1.     Carrie Tavares (Ms. Tavares) was at all times relevant herein a resident of Pinal County, Arizona.

2.     Defendants ASARCO LLC and Grupo Mexico S.A. DE C.V., collectively "Defendants," at all times relevant herein, held its principle place of business in Pima County, State of Arizona.

3.     ASRACO LLC ("ASARCO") is an Arizona limited liability company doing business in Arizona.

4.      Grupo Mexico S.A. DE C.V. ("Grupo Mexico") is a Mexico incorporation doing business in Arizona.

5.      Grupo Mexico is the parent company to ASARCO.

6.      Ms. Tavares was at all times relevant herein an employee of ASARCO.

7.      Ms. Tavares was at all times relevant herein working at the ASARCO Ray Mine located in Pinal County, Arizona.

8.      All acts, agreements, and contracts hereinafter alleged were to be substantially performed, and completed in Pinal County, Arizona.

9.      All the named Defendants herein, and below-named employees or agents of Defendants, are intended to represent individuals acting either in their individual capacities, or as agents, representatives, directors, shareholders, or employees duly authorized and were acting within their employment with regards to the transactions hereinafter alleged.

10.      Jurisdiction and venue pursuant to 42 U.S.C. § 2000e-5(f)(3) are appropriate in this Court.

## GENERAL ALLEGATIONS

11.      Ms. Tavares began working for ASARCO in August 2011.

12.      Ms. Tavares had no issues in her previous almost 10 years of employment with ASARCO including no issues with supervisors and no discipline issues.

13.      Mr. Zach Gifford, the Mine Manager, began working in this capacity on or about January 2020.

//

//

2

14.    Shortly after, Mr. Gifford began to treat Ms. Tavares differently than her male counterparts by targeting her, questioning her decisions and actions, and disparaging her both directly and to others in the workplace.

15.    At the time, Ms. Tavares was the only female at her level of employment, a 55 Chief Supervisor.

16.    In a meeting with Ms. Tavares and with her Direct Supervisors present, Mr. Gifford berated her about work completed some five (5) months earlier.

17.    Mr. Gifford's actions caused Ms. Tavares distress and feeling that she was being harassed and targeted.

18.    Ms. Tavares returned to Mr. Gifford's office to address why she became distressed and to confront him regarding his discrimination.

19.    Following these interactions, Ms. Tavares reported the targeted/discriminatory treatment by Mr. Gifford to her Direct Supervisors, Mr. Oliver Johnson ("OJ") and Mr. Manny Carrio.

20.    Her Direct Supervisors agreed that Ms. Tavares was being treated differently, despite her track record of excellent work.

21.    Directly after reporting Mr. Gifford's actions to her Direct Supervisors, Mr. Gifford continued in his discriminatory actions and retaliated against Ms. Tavares by requiring Ms. Tavares to complete tasks not traditionally required of people in her position, tasks that she was not adequately trained for, and gave her Direct Supervisors orders to require Ms. Tavares to do things that would ultimately allow Mr. Gifford to track Ms. Tavares's every move.

22.     As a direct result of Mr. Gifford's continued actions, Ms. Tavares has suffered significant emotional distress.

23.     Due to the distress that Mr. Gifford's actions were causing Ms. Tavares, on or about April 1, 2020, Ms. Tavares reported the discriminatory treatment of Mr. Gifford to ASARCO's corporate human resources hotline and requested her employment file.

24.     After having to see her doctor due to her distress, on or around April 6, 2020, Ms. Tavares notified ASARCO that she would need reasonable accommodations, as required by her doctor.

25.     After no response and no investigation of Mr. Gifford's actions by ASARCO's human resource department, Ms. Tavares followed up on or about April 15, 2020 and again asked for her employment file.

26.     Ms. Tavares received a response from an ASARCO human resource representative asking why Ms. Tavares was requesting her employment file, and generally acted as though he was not aware of the complaint against Mr. Gifford that she made and that he could not remember ever seeing any disciplinary actions with her name on it.

27.     Subsequently, Ms. Tavares formalized a Charge of Discrimination on May 4, 2020 with the Arizona Civil Rights Division and the EEOC, citing both gender discrimination and retaliation. A true and correct copy of the Charge is attached as **Exhibit A**.

28.     The Arizona Civil Rights Division/EEOC issued its Notice of Suit Rights for both charges dated June 8, 2020. A true and correct copy of the Notice is attached as **Exhibit B**.

29.     All conditions precedent to this lawsuit have been satisfied or have occurred.

//

4

## COUNT ONE
## TITLE VII - UNLAWFUL GENDER DISCRIMINATION

30.     Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

31.     After years of employment with an excellent track record, in February 2020, Plaintiff began to be treated differently than her male counterparts and coworkers after Mr. Gifford began in his position as Mine Manager.

32.     At the time, Plaintiff was the only female at her level of employment.

33.     The Mine Manager began to target and question Plaintiff about work and training months prior.

34.     The Mine Manager required Plaintiff to complete tasks not traditionally required by her or other in her similar position.

35.     The Mine Manager questioned Plaintiff's abilities and otherwise disparaged Plaintiff in front of other employees.

36.     There are no legitimate nondiscriminatory reasons for these actions.

37.     Defendants' human resources department, both on the corporation level and on the on-site level, failed to investigate and even questioned Plaintiff's requests when Plaintiff reported the Mine Manager's targeting and discriminatory actions.

38.     Defendants, through its agents, have engaged in unlawful discriminatory actions due to Plaintiff's gender with respect to her terms, conditions, privileges, and opportunities of employment in violation of Title VII.

39.     These continued actions have caused severe emotional distress and financial hardship in amounts to be proven at trial.

## COUNT TWO
### TITLE VII - UNLAWFUL RETALIATION

40.     Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

41.     Following the onset of the targeting and discriminatory actions as set forth above, Plaintiff reported these actions to her Direct Supervisors.

42.     Her Direct Supervisors agreed that it appeared as though Plaintiff was being wrongfully targeted, despite her excellent employment and performance history.

43.     Her Direct Supervisors informed Plaintiff that they spoke with the Mine Manager regarding his actions.

44.     Immediately following Plaintiff's conversation with her Direct Supervisors, the Mine Manager began to require that Plaintiff engage in tasks not typically required of her or others in her position, that she was not adequately trained for, and also gave orders to Plaintiff's Direct Supervisors to require Plaintiff to engage in such activities that would allow the Mine Manager to track Plaintiff's every move.

45.     These actions of the Mine Manager were in direct response to, and in retaliation of, Plaintiff reporting the earlier unlawful employment practices to her Direct Supervisors.

46.     Defendants' human resources department, both on the corporation level and on the on-site level, failed to investigate and even questioned Plaintiff's requests when Plaintiff reported the Mine Manager's targeting and discriminatory actions.

47.     Defendants, through its agents, have engaged in unlawful retaliatory actions in violation of Title VII.

1   48.     These continued actions have caused severe emotional distress and financial

2   hardship in amounts to be proven at trial.

3

4

5                               **PRAYER FOR RELIEF**

6       WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

7       A.      For all damages as permitted by law including but not limited to front and back

8   pay damages, emotional distress damages, liquidated damages, and any other damages allowed

9   by law.

10

11      B.      For interest at the highest rate allowed by law from the earliest time permitted by

12  law until the judgment is paid in full;

13      C.      For attorneys' fees and costs as provided by law or by statute

14      D.      For prejudgment and post-judgment interest in the highest amount allowed by

15  law; and,

16

17      E.      For such other and further relief as may be just and proper in law and equity.

18

19

20      RESPECTFULLY SUBMITTED this 12th day of August, 2020

21

22                               **COPPER CANYON LAW, LLC**

23                               /s/ JZB
                                 Thomas Brown
24                               43 E. 1st Ave
                                 Mesa AZ, 85210
25

26

27

28

Exhibit A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

☐ FEPA

■ EEOC    540-2020-03058

Arizona Civil Rights Division      and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Carrie Tavares | (928) 200-8043 | 08/15/1974 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6051 E. 32nd Ave. | Apache Junction, AZ 85119 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ASARCO LLC | 500+ | 520-879-7818 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5285 E. Williams Circle #2000 | Tucson, AZ 85711 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

Earliest      Latest

02/01/2020

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Carrie began working at ASARCO in August 2011. In February 2020 Carrie began to experience gender discrimination at the hands of the Mine Manager who began treating her differently than her male counterparts. Carrie was the last female left at her level of employment. Repeatedly throughout March 2020, the Mine Manager was continually disparaging Carrie directly and to others in the workplace and requested that Carrie do work that was not traditionally handled by Carrie and was a set-up to have her fail in her job. On March 25, 2020, the Mine Manager called Carrie into the office and started interrogating her about a training she had given to employees more than five months earlier. The meeting ended abruptly.

After the meeting, Carrie immediately reported the different treatment to her Direct Supervisors, telling them that the Mine Manager was creating a hostile work environment. Her Direct Supervisors agreed that she was being treated differently despite her long track record of excellent work.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

5/4/2020

Date      Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

Arizona Civil Rights Division                                    and EEOC

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

The next few days after reporting these issues, Carrie was given tasks not given to other individuals in her position and her Direct Supervisors were being given direct orders by the Mine Manager to make Carrie do things that would allow the Mine Manager to track her every move and that would ultimately put Carrie in a position to fail.

These actions caused significant distress to Carrie. On April 1, 2020, Carrie called the corporate human resource hotline to report the hostile work environment created by the Mine Manager and their treating her differently based on her gender and made a request for her employment file. Carrie followed up with the ASARCO human resource representative on April 15, 2020 and again asked for her employment file, but did not receive it. That same day, April 15, 2020, Carrie received a call from the ASARCO On-site Human Resources representative asking why she wanted her employment file without a mention of the complaints she had filed. To this day, no one from ASARCO has contacted Carrie as part of an investigation into her complaint and the issues continue to persist.

ASARCO's actions constitute discrimination and retaliation under Title VII of the Civil Rights Act (as amended)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 5/4/2020 _____ Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 540-2020-03076 |

| Arizona Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Carrie Tavares | (928) 200-8043 | 08/15/1974 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6051 E. 32nd Ave. | Apache Junction, AZ 85119 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Grupo Mexico S.A. de C.V. | 500+ | 520-879-7818 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5285 E. Williams Circle #2000 | Tucson, AZ 85711 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 3800 N Central Ave Suite 460 | Phoenix, AZ 85012 |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest          Latest |

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER (Specify)

02/01/2020

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Carrie began working at ASARCO in August 2011. In February 2020 Carrie began to experience gender discrimination at the hands of the Mine Manager who began treating her differently than her male counterparts. Carrie was the last female left at her level of employment. Repeatedly throughout March 2020, the Mine Manager was continually disparaging Carrie directly and to others in the workplace and requested that Carrie do work that was not traditionally handled by Carrie and was a set-up to have her fail in her job. On March 25, 2020, the Mine Manager called Carrie into the office and started interrogating her about a training she had given to employees more than five months earlier. The meeting ended abruptly.

After the meeting, Carrie immediately reported the different treatment to her Direct Supervisors, telling them that the Mine Manager was creating a hostile work environment. Her Direct Supervisors agreed that she was being treated differently despite her long track record of excellent work.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 05/08/20 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

**Charge Presented To:**
☐ FEPA
☐ EEOC

**Agency(ies) Charge No(s):**

| Arizona Civil Rights Division | and EEOC |
| --- | --- |

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

The next few days after reporting these issues, Carrie was given tasks not given to other individuals in her position and her Direct Supervisors were being given direct orders by the Mine Manager to make Carrie do things that would allow the Mine Manager to track her every move and that would ultimately put Carrie in a position to fail.

These actions caused significant distress to Carrie. On April 1, 2020, Carrie called the corporate human resources hotline to report the hostile work environment created by the Mine Manager and their treating her differently based on her gender and made a request for her employment file. Carrie followed up with the ASARCO human resource representative on April 15, 2020 and again asked for her employment file, but did not receive it. That same day, April 15, 2020, Carrie received a call from the ASARCO On-site Human Resources representative asking why she wanted her employment file without a mention of the complaints she had filed. To this day, no one from ASARCO has contacted Carrie as part of an investigation into her complaint and the issues continue to persist.

ASARCO's actions constitute discrimination and retaliation under Title VII of the Civil Rights Act (as amended)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

05/08/20

Date

Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Exhibit B

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:  **Carrie Tavares**<br>     **6051 E. 32nd Ave.**<br>     **Apache Junction, AZ 85119** | From:  **Phoenix District Office**<br>       **3300 North Central Ave**<br>       **Suite 690**<br>       **Phoenix, AZ 85012** |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **540-2020-03058** | **Patricia A. Miner,**<br>**Supervisory Investigator** | **(602) 661-0040** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.**  Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):**  You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Elizabeth Cadle*

Digitally signed by Elizabeth Cadle
DN: cn=Elizabeth Cadle, o=EEOC, ou=Phoenix
District Office, email=elizabeth.cadle@eeoc.gov,
c=US
Date: 2020.06.08 08:45:13 -07'00'

| Enclosures(s) | **Elizabeth Cadle,**<br>**District Director** | *(Date Mailed)* |
|---|---|---|

cc:
**Mike Moore**
**EEO Labor Relations**
**ASARCO INC**
**5285 E. Williams Circle, Suite 2000**
**Tucson, AZ 85711**

**Timothy F. Coons, Esq.**
**COPPER CANYON LAW LLC**
**43 E. 1st Ave.**
**Mesa, AZ 85210**

Enclosure with EEOC
Form 161-B (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court __under Federal law__.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than** __2 years (3 years)__ **before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice __and__ within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do __not__ relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request** __within 6 months__ of this Notice.  (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Phoenix District Office

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
(866) 408-8075
TTY (602) 640-5072
FAX (602) 640-5071

## REQUEST FOR NOTICE OF RIGHT TO SUE

DATE:                    5/01/2020

CHARGE NUMBER:           540-2020-03058

CHARGING PARTY:          Carrie Tavares

RESPONDENT:              ASARCO LLC

I hereby request that a Notice of Right to Sue be issued to me for the above-referenced charge. I understand that as a result of this request, the Commission will most likely close my charge of discrimination and take no further action regarding this charge other than issuing the Right to Sue. I also understand that I will have 90 days to file suit in Federal District Court at my own expense once the Right to Sue is issued.

5/4/2020
Date

_____
Signature

6051 E. 32nd Ave., Apache Junction, AZ 85119
Current Address

928-200-8043
Current Phone Number

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | |

| Arizona Civil Rights Division | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Carrie Tavares | (928) 200-8043 | 08/15/1974 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6051 E. 32nd Ave. | Apache Junction, AZ 85119 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ASARCO LLC | 500+ | 520-879-7818 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5285 E. Williams Circle #2000 | Tucson, AZ 85711 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02/01/2020   Latest:
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Carrie began working at ASARCO in August 2011. In February 2020 Carrie began to experience gender discrimination at the hands of the Mine Manager who began treating her differently than her male counterparts. Carrie was the last female left at her level of employment. Repeatedly throughout March 2020, the Mine Manager was continually disparaging Carrie directly and to others in the workplace and requested that Carrie do work that was not traditionally handled by Carrie and was a set-up to have her fail in her job.  On March 25, 2020, the Mine Manager called Carrie into the office and started interrogating her about a training she had given to employees more than five months earlier.  The meeting ended abruptly.

After the meeting, Carrie immediately reported the different treatment to her Direct Supervisors, telling them that the Mine Manager was creating a hostile work environment. Her Direct Supervisors agreed that she was being treated differently despite her long track record of excellent work.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 5/4/2020    Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

Arizona Civil Rights Division                                                                    and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

The next few days after reporting these issues, Carrie was given tasks not given to other individuals in her position and her Direct Supervisors were being given direct orders by the Mine Manager to make Carrie do things that would allow the Mine Manager to track her every move and that would ultimately put Carrie in a position to fail.

These actions caused significant distress to Carrie. On April 1, 2020, Carrie called the corporate human resource hotline to report the hostile work environment created by the Mine Manager and their treating her differently based on her gender and made a request for her employment file. Carrie followed up with the ASARCO human resource representative on April 15, 2020 and again asked for her employment file, but did not receive it. That same day, April 15, 2020, Carrie received a call from the ASARCO On-site Human Resources representative asking why she wanted her employment file without a mention of the complaints she had filed. To this day, no one from ASARCO has contacted Carrie as part of an investigation into her complaint and the issues continue to persist.

ASARCO's actions constitute discrimination and retaliation under Title VII of the Civil Rights Act (as amended

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 5/4/2020 _____ *Date* *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 540-2020-03058 |

Arizona Civil Rights Division and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Carrie Tavares | (928) 200-8043 | 08/15/1974 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6051 E. 32nd Ave. | Apache Junction, AZ 85119 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ASARCO LLC | 500+ | 520-879-7818 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5285 E. Williams Circle #2000 | Tucson, AZ 85711 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest   Latest
02/01/2020

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Carrie began working at ASARCO in August 2011. In February 2020 Carrie began to experience gender discrimination at the hands of the Mine Manager who began treating her differently than her male counterparts. Carrie was the last female left at her level of employment. Repeatedly throughout March 2020, the Mine Manager was continually disparaging Carrie directly and to others in the workplace and requested that Carrie do work that was not traditionally handled by Carrie and was a set-up to have her fail in her job. On March 25, 2020, the Mine Manager called Carrie into the office and started interrogating her about a training she had given to employees more than five months earlier. The meeting ended abruptly.

After the meeting, Carrie immediately reported the different treatment to her Direct Supervisors, telling them that the Mine Manager was creating a hostile work environment. Her Direct Supervisors agreed that she was being treated differently despite her long track record of excellent work.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 5/4/2020 *Date*     *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

Charge Presented To:        Agency(ies) Charge No(s):

☐ FEPA

☒ EEOC

Arizona Civil Rights Division                                                    and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE (if additional paper is needed, attach extra sheet(s)):

The next few days after reporting these issues, Carrie was given tasks not given to other individuals in her position and her Direct Supervisors were being given direct orders by the Mine Manager to make Carrie do things that would allow the Mine Manager to track her every move and that would ultimately put Carrie in a position to fail.

These actions caused significant distress to Carrie. On April 1, 2020, Carrie called the corporate human resource hotline to report the hostile work environment created by the Mine Manager and their treating her differently based on her gender and made a request for her employment file. Carrie followed up with the ASARCO human resource representative on April 15, 2020 and again asked for her employment file, but did not receive it. That same day, April 15, 2020, Carrie received a call from the ASARCO On-site Human Resources representative asking why she wanted her employment file without a mention of the complaints she had filed. To this day, no one from ASARCO has contacted Carrie as part of an investigation into her complaint and the issues continue to persist.

ASARCO's actions constitute discrimination and retaliation under Title VII of the Civil Rights Act (as amended

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

5/4/2020

Date                          Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To:  **Carrie Tavares**<br>**6051 E. 32nd Ave.**<br>**Apache Junction, AZ 85119** | From:  **Phoenix District Office**<br>**3300 North Central Ave**<br>**Suite 690**<br>**Phoenix, AZ 85012** |

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **540-2020-03076** | **Patricia A. Miner,**<br>**Supervisory Investigator** | **(602) 661-0040** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

☐   More than 180 days have passed since the filing of this charge.

☒   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

☐   The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.**  Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):**  You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Elizabeth Cadle*

Digitally signed by Elizabeth Cadle
DN: cn=Elizabeth Cadle, o=EEOC, ou=Phoenix
District Office, email=elizabeth.cadle@eeoc.gov,
c=US
Date: 2020.06.08 15:42:53 -07'00'

| | | |
|---|---|---|
| Enclosures(s) | **Elizabeth Cadle,**<br>**District Director** | *(Date Mailed)* |

cc:

| | |
|---|---|
| **Director**<br>**Human Resources**<br>**GRUPO MEXICO S.A. DE C.V.**<br>**5285 W. Williams Circle, Suite 2000**<br>**Tucson, AZ 85711** | **Timothy F. Coons, Esq.**<br>**COPPER CANYON LAW**<br>**43 E. 1st Ave.**<br>**Mesa, AZ 85210** |

Enclosure with EEOC
Form 161-B (11/16)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Phoenix District Office

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
(866) 408-8075
TTY (602) 640-5072
FAX (602) 640-5071

## REQUEST FOR NOTICE OF RIGHT TO SUE

DATE:                           05/11/20

CHARGE NUMBER:

CHARGING PARTY:        Carrie Tavares

RESPONDENT:              Grupo Mexico S.A. de C.V.

I hereby request that a Notice of Right to Sue be issued to me for the above-referenced charge. I understand that as a result of this request, the Commission will most likely close my charge of discrimination and take no further action regarding this charge other than issuing the Right to Sue. I also understand that I will have 90 days to file suit in Federal District Court at my own expense once the Right to Sue is issued.

05/11/20
Date

Signature

6051 E. 32nd Ave., Apache Junction, AZ 85119
Current Address

928 200-8043
Current Phone Number

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 540-2020-03076 |

Arizona Civil Rights Division    and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Carrie Tavares | (928) 200-8043 | 08/15/1974 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6051 E. 32nd Ave. | Apache Junction, AZ 85119 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Grupo Mexico S.A. de C.V. | 500+ | 520-879-7818 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5285 E. Williams Circle #2000 | Tucson, AZ 85711 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 3800 N Central Ave Suite 460 | Phoenix, AZ 85012 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02/01/2020   Latest:
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Carrie began working at ASARCO in August 2011. In February 2020 Carrie began to experience gender discrimination at the hands of the Mine Manager who began treating her differently than her male counterparts. Carrie was the last female left at her level of employment. Repeatedly throughout March 2020, the Mine Manager was continually disparaging Carrie directly and to others in the workplace and requested that Carrie do work that was not traditionally handled by Carrie and was a set-up to have her fail in her job. On March 25, 2020, the Mine Manager called Carrie into the office and started interrogating her about a training she had given to employees more than five months earlier. The meeting ended abruptly.

After the meeting, Carrie immediately reported the different treatment to her Direct Supervisors, telling them that the Mine Manager was creating a hostile work environment. Her Direct Supervisors agreed that she was being treated differently despite her long track record of excellent work.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 05/08/20 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
| --- | --- |
| ☐ FEPA | |
| ☐ EEOC | |

Arizona Civil Rights Division

and EEOC

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

The next few days after reporting these issues, Carrie was given tasks not given to other individuals in her position and her Direct Supervisors were being given direct orders by the Mine Manager to make Carrie do things that would allow the Mine Manager to track her every move and that would ultimately put Carrie in a position to fail.

These actions caused significant distress to Carrie. On April 1, 2020, Carrie called the corporate human resources hotline to report the hostile work environment created by the Mine Manager and their treating her differently based on her gender and made a request for her employment file. Carrie followed up with the ASARCO human resource representative on April 15, 2020 and again asked for her employment file, but did not receive it. That same day, April 15, 2020, Carrie received a call from the ASARCO On-site Human Resources representative asking why she wanted her employment file without a mention of the complaints she had filed. To this day, no one from ASARCO has contacted Carrie as part of an investigation into her complaint and the issues continue to persist.

ASARCO's actions constitute discrimination and retaliation under Title VII of the Civil Rights Act (as amended)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

05/08/20

Date

Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)